# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00964-CV

## In re Ragtime 1-A, LLC

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for a writ of mandamus is denied, and the motion for emergency relief is dismissed as moot. *See* Tex. R. App. P. 52.8(a), (d).

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Ellis

Filed:  January 8, 2026